UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVID DIEHL,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE,<br><br>Defendant. | Civil Action No. 24-2089 (PLF) |

ORDER

For the reasons set forth in the Opinion issued this same day, it is hereby

ORDERED that on or before October 13, 2026, the defendant shall supplement the record with an updated declaration or declarations and, if necessary, an updated Vaughn index and/or any other supporting evidence, sufficiently identifying in detail the separate searches specifically conducted in response to FOIA Request No. 1576889-000 and FOIA Request No. 1590876-000, respectively. Such declarations shall provide information necessary to establish that the searches were reasonably designed to uncover all relevant documents responsive to each of those separate Requests; it is

FURTHER ORDERED that the FBI shall also explain how many pages and what materials were found, reviewed, and produced in response to FOIA Request No. 1576889-000 and FOIA Request No. 1590876-000, respectively, including any materials that were withheld in full or in part, and the basis for such withholding. If the FBI's searches and production were conducted

collectively in response to both FOIA Request No. 1576889-000 and FOIA Request No. 1590876-000, the FBI must explain those circumstances in detail; it is

FURTHER ORDERED that if the FBI needs to conduct further or additional searches to satisfy its obligations, see, e.g., Beltranena v. Clinton, 770 F. Supp. 2d 175, 184 (D.D.C. 2011), it may, instead, file a status report apprising the Court of the proposed scope and timeline required to conduct any such additional searches; and it is

FURTHER ORDERED that if Diehl wishes to respond to the FBI's supplemental declarations (or its status report), he must file a response on or before November 3, 2026.

SO ORDERED.

PAUL L. FRIEDMAN
United States District Judge

DATE: 9|28|26